**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1414**

_____

ANDREW SHANNON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA DEPARTMENT OF
JUVENILE JUSTICE,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    James R. Spencer, Chief
District Judge.   (3:06-cv-00413-JRS)

_____

Submitted:  December 13, 2007     Decided:  December 17, 2007

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis McKinley Hairston, Jr., THE GEE LAW FIRM, P.C., Richmond,
Virginia, for Appellant.  Robert F. McDonnell, Attorney General of
Virginia, Maureen Riley Matsen, Deputy Attorney General, Peter R.
Messitt, Senior Assistant Attorney General/Chief, Gregory C.
Fleming, Senior Assistant Attorney General, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Shannon appeals the district court's order granting Defendant's summary judgment motion on his retaliation claim brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See Shannon v. Virginia Dep't of Juvenile Justice, No. 3:06-cv-00413-JRS (E.D. Va. Apr. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED